# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Trustees of the Chicago Painters and Decorators Pension Fund, et al.

                    Plaintiff,

v.

La Nee Decorating, Ltd., et al.

                    Defendant.

Case No.: 1:13−cv−02027

Honorable James B. Zagel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2013:

    MINUTE entry before the Honorable James B. Zagel: Status hearing held. Plaintiffs' oral request to dismiss is granted. This matter is dismissed. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.